929 F.2d 693
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Joseph MUSTACCHIO, Petitioner-Appellant,
v.
BUREAU OF PRISONS, Patrick Whalen, Respondents-Appellees.
 No. 91-7505.
 United States Court of Appeals, Fourth Circuit.
 Submitted March 4, 1991.
Decided March 22, 1991.
 
 Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Chief District Judge. (CA-90-354-AM)
 Joseph Mustacchio, appellant pro se.
 Richard Parker, Office of the United States Attorney, Alexandria, Va., for appellees.
 E.D.Va.
 AFFIRMED.
 Before WIDENER and K.K. HALL, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Joseph Mustacchio appeals from the district court's order refusing habeas corpus relief pursuant to 28 U.S.C. Sec. 2241. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Mustacchio v. Bureau of Prisons, CA-90-354-AM (E.D.Va. Dec. 5, 1990). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.